UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LISETTE BROWN; DOUGLAS CAIN;              :
MICHAEL CAMPBELL; DORIA CARSON;           :
BOB CLOWERS; DOLORES COLMENERO;           :
JOSE CORDERO; NANCY CROMWELL;             :
SANDRA CROSBY; DAN DARDEN;                :
GERALDINE DESAUTELS; KAREN DREW;          :
LOU DUBOSE; RICKIE DUFOUR; SANDRA         :
EDLUND; ROSEMARY ESCALANTE;               :
YOLANDA FLORES; YVONNE FLUELLEN;          :
DENISE FORD; MARY FOX,                    :
                                          :
        Plaintiffs,                       :      Civil Action
v.                                        :      No. 04-11207-GAO
                                          :
INDEVUS PHARMACEUTICALS, INC., F/K/A      :
INTERNEURON PHARMACEUTICALS, INC.;        :
WYETH, INC., F/K/A AMERICAN HOME          :
PRODUCTS CORPORATION; WYETH               :
PHARMACEUTICALS, INC F/K/A WYETH-         :
AYERST PHARMACEUTICALS, INC., A           :
DIVISION OF AMERICAN HOME PRODUCTS        :
CORPORATION; AND BOEHRINGER               :
INGELHEIM PHARMACEUTICALS, INC.,          :
                                          :
        Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Boehringer Ingelheim Pharmaceuticals, Inc. in the above-captioned action.

Dated: June 24, 2004                           Respectfully submitted,
      Boston, Massachusetts

                                                   /s/Matthew J. Matule
                                                Matthew J. Matule (BBO #632075)
                                                SKADDEN, ARPS, SLATE,
Of Counsel:                                   MEAGHER & FLOM LLP
Barbara Wrubel                         One Beacon Street
Katherine Armstrong               Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,          (617) 573-4800
   MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000                           Counsel for Defendant
                                                Boehringer Ingelheim Pharmaceuticals, Inc.