UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x<br>LISETTE BROWN; DOUGLAS CAIN;<br>MICHAEL CAMPBELL; DORIA CARSON;<br>BOB CLOWERS; DOLORES COLMENERO;<br>JOSE CORDERO; NANCY CROMWELL;<br>SANDRA CROSBY; DAN DARDEN;<br>GERALDINE DESAUTELS; KAREN DREW;<br>LOU DUBOSE; RICKIE DUFOUR; SANDRA<br>EDLUND; ROSEMARY ESCALANTE;<br>YOLANDA FLORES; YVONNE FLUELLEN;<br>DENISE FORD; MARY FOX,<br><br>    Plaintiffs,<br>v.<br><br>INDEVUS PHARMACEUTICALS, INC., F/K/A<br>INTERNEURON PHARMACEUTICALS, INC.;<br>WYETH, INC., F/K/A AMERICAN HOME<br>PRODUCTS CORPORATION; WYETH<br>PHARMACEUTICALS, INC F/K/A WYETH-<br>AYERST PHARMACEUTICALS, INC., A<br>DIVISION OF AMERICAN HOME PRODUCTS<br>CORPORATION; AND BOEHRINGER<br>INGELHEIM PHARMACEUTICALS, INC.,<br><br>    Defendants.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:   Civil Action<br>:   No. 04-11207-GAO<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF APPEARANCE

Please enter our appearance as counsel of record for Defendant Indevus Pharmaceuticals, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  September 15, 2004<br>         Boston, Massachusetts | Respectfully submitted, |
| | /s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>   MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Indevus Pharmaceuticals, Inc. |