UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

LISETTE BROWN; DOUGLAS CAIN;      :
MICHAEL CAMPBELL; DORIA CARSON;
BOB CLOWERS; DOLORES COLMENERO;   :
JOSE CORDERO; NANCY CROMWELL;
SANDRA CROSBY; DAN DARDEN;        :
GERALDINE DESAUTELS; KAREN DREW;
LOU DUBOSE; RICKIE DUFOUR; SANDRA :
EDLUND; ROSEMARY ESCALANTE;       :
YOLANDA FLORES; YVONNE FLUELLEN;  :
DENISE FORD; MARY FOX,            :
                                  :
        Plaintiffs,               :     Civil Action
v.                                      No. 04-11207-GAO
                                  :
INDEVUS PHARMACEUTICALS, INC., F/K/A :
INTERNEURON PHARMACEUTICALS,      :
INC.; WYETH, INC., F/K/A AMERICAN HOME
PRODUCTS CORPORATION; WYETH       :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A   :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER       :
INGELHEIM PHARMACEUTICALS, INC.,  :
                                  :
        Defendants.               :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT INDEVUS PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Indevus Pharmaceuticals, Inc.

("Indevus"), hereby submits the following corporate disclosure statement: Indevus, a Delaware

Corporation, has no parent corporation, and no publicly held corporation owns 10% or more of

its stock.

Dated:  September 15, 2004
       Boston, Massachusetts

Of Counsel:
Barbara Wrubel
Katherine Armstrong
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000

Respectfully submitted,

/s/Matthew J. Matule
Matthew J. Matule (BBO #632075)
SKADDEN, ARPS, SLATE,
  MEAGHER & FLOM LLP
One Beacon Street
Boston, Massachusetts 02108
(617) 573-4800

Counsel for Defendant
Indevus Pharmaceuticals, Inc.